**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

    Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____, _____, at _____ ☐a.m. / ☐p.m. before the Honorable _____, in Courtroom _____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
      *(Other custodial officer)*

Dated: _____     _____
                                                       U.S. District Judge/Magistrate Judge